UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIANA RAMOS,

                           **Plaintiff,**           19-CV-09545 (ALC)(SN)

       -against-                            **ORDER**

175TH STREET LAUNDROMAT, INC., et al.,

                          **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Initial Pretrial Conference currently scheduled for Wednesday, December 4, 2019, at 10:30 a.m., is RESCHEDULED for 11:00 a.m. that same day.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      December 3, 2019
                  New York, New York