UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIANA RAMOS,

                                      Plaintiff,                19-CV-9545 (ALC)(SN)

         -against-                                        ORDER

175TH STREET LAUNDROMAT, INC., et al.,

                                  Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2019

**SARAH NETBURN, United States Magistrate Judge:**

On December 4, 2019, the parties appeared for an Initial Pretrial Conference. The parties are directed to submit a joint letter by December 18, 2019, updating the Court as to the status of settlement, and, if it would be productive at that time, requesting a settlement conference. Thereafter, the Court will enter a Civil Case Management Plan, if necessary.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 5, 2019
               New York, New York