USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIANA RAMOS,

                **Plaintiff,**                                         19-CV-09545 (ALC)(SN)

          -against-                                             **ORDER**

175TH STREET LAUNDROMAT, INC., et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 27, 2020, the parties appeared for a settlement conference where they reached an agreement in principal and were instructed to submit a proposed settlement agreement for review by March 20, 2020. To date, the parties have not filed any proposed settlement agreement. Accordingly, the parties are ORDERED to submit a proposed settlement agreement for review before May 1, 2020.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     March 26, 2020
                 New York, New York