USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/1/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAMOS,**

                              **Plaintiff,**

         **-against-**

**175ᵀᴴ STREET LAUDROMAT, ET AL.,**

                              **Defendant.**

**1:19-cv-09545 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of Defendant's letter dated May 21, 2020, advising the Court that the Parties have reached a settlement in this matter. ECF No. 28. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **June 26, 2020**.

**SO ORDERED.**

**Dated:**    **June 1, 2020**
             **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**