UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2020

---------------------------------X
**RAMOS**,

       Plaintiff,

            - against -

**175th STREET LAUDROMAT,**
**INC., ET AL.,**

       Defendants.
---------------------------------X

19-cv-09545(ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated June 4, 2020. ECF No. 30. It is hereby ORDERED that this case is referred to Magistrate Judge Netburn to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

The Court respectfully directs the Clerk of Court to terminate the deadline set in the Court's prior order, ECF No. 29.

**SO ORDERED:**

Dated: New York, New York
       June 8, 2020

_____
Andrew L. Carter, Jr.
United States District Judge