UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ADRIANA RAMOS,

                Plaintiff,            19-CV-09545 (ALC)(SN)

     -against-                           **ORDER**

175TH STREET LAUNDROMAT, INC., et al.,

                Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties to this Fair Labor Standards case appeared for a settlement conference on February 27, 2020, and reached an agreement resolving this case. On May 21, 2020, they consented to my jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c) (ECF No. 28-2) and submitted their proposed settlement agreement (the "Agreement") (ECF No. 28-1) for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). After careful consideration of the parties' submission, the Court concludes that the Agreement is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     June 17, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/2020